# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JIMMY ASHLEY**                                                                                            **PLAINTIFF**

v.                                       **Case No. 3:12-cv-00274-KGB**

**HIGHLAND SQUARE, INC.**                                                                      **DEFENDANT**

## ORDER

The parties have filed a joint stipulation of dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (Dkt. No. 18). The parties request that this Court retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties and represent that, except as set forth in the settlement agreement, all parties shall bear their own attorney's fees and costs. For good cause shown, this action is dismissed with prejudice. The Court shall retain jurisdiction over this matter for 60 days from the date of this Order to enforce the settlement agreement entered into between the parties. Except as set forth in the parties' settlement agreement, all parties shall bear their own attorney's fees and costs.

SO ORDERED this the 20th day of November, 2013.

_____
Kristine G. Baker
United States District Judge